AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> THE DIAMOND DESK CORPORATION, and ADAM JONATHAN LOWE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:23-cv-61837-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Diamond Desk Corporation
c/o Adam Jonathan Lowe
31 Exeter Avenue
Pittston, PA 18643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Lechich, Esq.
Securities & Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: 305-416-6257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 26, 2023

Angela E. Noble
Clerk of Court



SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> THE DIAMOND DESK CORPORATION, and <br> ADAM JONATHAN LOWE, <br><br> *Defendant(s)* | Civil Action No. 0:23-cv-61837-AHS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam Jonathan Lowe
31 Exeter Avenue
Pittston, PA 18643

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Lechich, Esq.
Securities & Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: 305-416-6257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 26, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts